# DESIGNATED FOR PUBLICATION

## STATE OF LOUISIANA

## COURT OF APPEAL, THIRD CIRCUIT

NO: KH 15-00196

**Judgment rendered and mailed to all parties or counsel of record on March 17, 2015.**

STATE OF LOUISIANA
VERSUS
ALPHONSO ALLEN

FILED: 03/03/15

On application of Alphonso Allen for Writ of Review in No. 74392 on the docket of the Eleventh Judicial District Court, Parish of Sabine, Hon. Stephen Bruce Beasley.

|  |  |
|---|---|
| Pro se | Counsel for:<br>Alphonso Allen |
| Hon. Don M. Burkett | Counsel for:<br>State of Louisiana |

Lake Charles, Louisiana, on March 17, 2015.

**WRIT DENIED:** Although titled "Application for Writ of Habeas Corpus," Defendant's pleading, in reality, requests relief under La.Code Crim.P. art. 701. There is no time limitation for the contradictory hearing required by art. 701. In this case, the district court has scheduled a hearing for March 19, 2015. We find such time period reasonable. Accordingly, we deny Defendant's writ.

_____         _____
              JDS                                                 DKS

Amy, J. concurs.